**Slip Op. 05-77**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
NSK LTD. and NSK CORPORATION;           :
NTN CORPORATION,                        :
NTN BEARING CORPORATION OF AMERICA,     :
AMERICAN NTN BEARING                    :
MANUFACTURING CORPORATION,              :
NTN DRIVESHAFT, INC. and                :
NTN-BOWER CORPORATION; and              :
TIMKEN U.S. Corporation,                :
                                        :
         Plaintiffs and                 :       Consol. Court No.
         Defendant-Intervenors,         :       98-07-02527
                                        :
         v.                             :
                                        :
UNITED STATES,                          :
                                        :
         Defendant,                     :
                                        :
         and                            :
                                        :
KOYO SEIKO CO., LTD. and                :
KOYO CORPORATIONS OF U.S.A.; and        :
NACHI-FUJIKOSHI CORP.,                  :
NACHI AMERICA, INC. and                 :
NACHI TECHNOLOGY, INC.,                 :
                                        :
         Defendant-Intervenors.         :
_____:


## JUDGMENT


This Court having received and reviewed the United States Department of Commerce's Remand Determination in NSK Ltd. v. United States, 29 CIT ___, 2005 Ct. Int'l Trade LEXIS 28 (February 18, 2005), responses of NSK Ltd. and NSK Corporation, Plaintiffs and Defendant-Intervenors, and Commerce's rebuttal comments finds that Commerce duly complied with the Court's remand order and it is hereby,

ORDERED that the <u>Remand Determination</u> filed by Commerce on May 18, 2005, is affirmed in its entirety, and it is further

ORDERED that since all other issues have been decided, this case is **DISMISSED.**


                                   <u>  /s/ Nicholas Tsoucalas  </u>
                                      NICHOLAS TSOUCALAS
                                        SENIOR JUDGE


Dated: June 27, 2005
       New York, New York